UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE JOAN H. LEFKOW |
| | ) | No. 08CR 797 |
| v. | ) | |
| | ) | Violation: Title 26, United States Code, |
| JAMES WEST | ) | § 7206(2) MAGISTRATE JUDGE BROWN |
| | | UNDER SEAL |

FILED
OCT - 2 2008
10-2-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

The SPECIAL JUNE 2007 GRAND JURY charges:

1. At times material to this indictment:

    a. The Internal Revenue Service ("IRS") allowed taxpayers who were entitled to a refund of federal individual income taxes to claim that refund by signing and filing in person, by mailing a U.S. Individual Form 1040, 1040A, 1040EZ (collectively referred to hereinafter as "Form 1040"), or by participating in the "Electronic Filing" program.

    b. The information which the Form 1040 required the taxpayer to provide included, but was not limited to, the taxpayer's name and address, social security number, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, the amount of federal income tax, and the amount of tax due or refund claimed.

    c. Taxpayers were permitted to deduct from their taxable income certain expenses, including, but not limited to, expenses related to medical treatment, personal property taxes, gifts to charity, and unreimbursed employee expenditures, reported on

Schedule A. Each of these forms was filed along with the taxpayer's Form 1040.

d.  The IRS relied upon information from the Form 1040, including, but not limited to, the Schedule A in determining and issuing taxpayer refunds. After receiving this information, the IRS would issue a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

e.  Defendant JAMES WEST ("WEST") was a sole proprietor who owned and operated a tax preparation service under the business name "West, Inc.," located at different times in Chicago and Calumet City, Illinois. Defendant WEST's services included preparing tax returns and filing, and causing to be filed, those returns on behalf of individual taxpayers.

f.  West, Inc. was identified as an Electronic Return Originator ("ERO") with IRS. An ERO was an entity that "originates" the electronic submission of tax returns to the IRS. West, Inc. had an Electronic Filer Identification Number ("EFIN") issued by the IRS which allowed West, Inc. to electronically file Form 1040 tax returns with the IRS.

g.  While preparing tax returns through West, Inc., defendant WEST held himself out to clients as a person trained in and knowledgeable about the preparation and filing of federal income tax returns. Defendant WEST attempted to and did attract customers by agreeing to prepare their federal income tax returns in exchange for a fee.

h.  During tax years 2002 through 2006, defendant WEST, as the owner and operator of "West, Inc.," filed and caused to be filed approximately 165 federal income tax

returns for West, Inc. clients.

  i.  Defendant WEST knowingly and willfully increased certain clients' tax refunds by overstating and misrepresenting their gifts to charity, federal withholdings, personal property taxes, student loan interest, and unreimbursed job and medical expenses on the Form 1040 and its schedules and attachments, which were used to decrease the clients' tax liability, thereby fraudulently reducing their tax liability and improperly qualifying them for refunds.

  j.  For the tax years 2002, 2003, and 2004, defendant WEST prepared at least 35 false and fraudulent Forms 1040, on behalf of approximately 20 separate individuals. Each return included at least one materially false item. These materially false items, which included inflated federal tax withholdings from Forms W-2 and 1099, false Schedules A deductions including personal property taxes, student loan interest, gifts to charity, and unreimbursed job and medical expenses, resulted in a total tax loss of at least approximately $87,272.

  2.  On or about April 15, 2004, at Calumet City, in the Northern District of Illinois, Eastern Division,

JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2003 on behalf of Taxpayer EB, which was

false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a.    On Form 1040, line 61, that Taxpayer EB had federal income tax withheld from Forms W-2 and 1099 in the amount of $6,768; and

    b.    On Schedule A, line 18, that Taxpayer EB had gifts to charity totaling $16,701;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2005, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2004 on behalf of Taxpayer SB, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a. On Form 1040, line 63, that Taxpayer SB had federal income tax withheld from Forms W-2 and 1099 in the amount of $2,942;

    b. On Schedule A, line 7 that Taxpayer SB paid personal property taxes totaling $160; and

    c. On Schedule A, line 18, that Taxpayer SB had gifts to charity totaling $14,459;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

5

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2003 on behalf of Taxpayer MC, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a. On Form 1040, line 63, that Taxpayer MC had federal income tax withheld from Forms W-2 and 1099 in the amount of $2,525; and

    b. On Schedule A, line 18, that Taxpayer MC had gifts to charity totaling $7,737;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

### JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2002 on behalf of Taxpayer DAC, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a. On Schedule A, line 1, that Taxpayer DAC had unreimbursed medical and dental expenses totaling $1,834;

    b. On Schedule A, line 18, that Taxpayer DAC had gifts to charity totaling $14,182; and

    c. On Schedule A, line 20, that Taxpayer DAC had unreimbursed employee business expenses totaling $250; and

    d. On Schedule A, line 22, that Taxpayer DAC had other miscellaneous expenses totaling $150;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

## **COUNT FIVE**

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2003 on behalf of Taxpayer JJ, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

   a. On Form 1040, line 23, that Taxpayer JJ had educator expenses totaling $250;

   b. On Form 1040, Line 25, that Taxpayer JJ was entitled to a student loan interest deduction in the amount of $500;

   c. On Form 1040, line 61, that Taxpayer JJ had federal income tax withheld from Forms W-2 and 1099 in the amount of $4,089; and

   d. On Schedule A, line 18, that Taxpayer JJ had gifts to charity totaling $11,612;

when, in fact, defendant knew that such information was false and fraudulent;

9

In violation of Title 26, United States Code, Section 7206(2).

## COUNT SIX

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

### JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2003 on behalf of Taxpayer MS, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a. On Schedule A, line 7, that Taxpayer MS had paid personal property taxes totaling $200; and

    b. On Schedule A, line 18, that Taxpayer MS had gifts to charity totaling $22,643;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

## COUNT SEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated as though fully set forth herein.

2. On or about April 15, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

## JAMES WEST,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2003 on behalf of Taxpayer PT, which was false and fraudulent as to material matters contained therein, in that defendant falsely represented and stated on said return that:

    a. On Form 1040, line 61, that Taxpayer PT had federal income tax withheld from Forms W-2 and 1099 in the amount of $3,993; and

    b. On Schedule A, line 18, that Taxpayer PT had gifts to charity totaling $11,248;

when, in fact, defendant knew that such information was false and fraudulent;

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

12